UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON BARRY,

Plaintiff,

v.

BAY AREA RAPID TRANSIT (BART),

Defendant.

Case No. 26-cv-04000-SVK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 13

Good cause appearing, Plaintiff's motion for an extension of the deadline to serve Defendant (Dkt. 13) is **GRANTED**. Service must be completed by **September 3, 2026.**

The Initial Case Management Conference scheduled for August 11, 2026 is **CONTINUED** to **November 10, 2026 at 9:30 a.m.** A Joint Case Management Conference Statement is due **November 3, 2026.**

**SO ORDERED.**

Dated: August 5, 2026

SUSAN VAN KEULEN
United States Magistrate Judge