United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BARRY,<br>Plaintiff,<br>v.<br>BAY AREA RAPID TRANSIT (BART),<br>Defendant. | Case No. 26-cv-04000-PCP<br><br>**ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. Nos. 19, 25 |

Plaintiff Brandon Barry filed this action asserting disability discrimination claims under the Americans with Disabilities Act against his employer, Bay Area Rapid Transit (BART). Defendant BART moves under Fed. R. Civ. P. 12(b)(3) to dismiss for lack of venue or alternatively to transfer the case. With the exception of one minor event in Santa Clara County, all of the events alleged in the complaint took place at the BART station in Fremont, California, which is located in Alameda County. The parties therefore agree that venue is improper in the San Jose Division of this Court. *See* Loc. R. 3-2(c), (e). They dispute, however, whether the Court should dismiss the case outright or transfer it to a division where venue is appropriate.

The Court may transfer the case if doing so is "in the interest of justice." 28 U.S.C. § 1406(a); *see also Atl. Marine Constr. Co. v. U.S. Dist. Ct. for W. Dist. of Tex.*, 571 U.S. 49, 56 (2013). Here, the interests of justice support transferring the case. The Court determines that the Oakland Division is the best venue given plaintiff's residence (San Joaquin County) and the fact that the majority of the events giving rise to Barry's claim occurred in the Oakland Division. Loc. R. 3-2(c), (d).

The Court therefore DENIES defendant's motion to dismiss and GRANTS defendant's motion to transfer. The Clerk of Court shall transfer this case to the Oakland Division of the

United States District Court
Northern District of California

Northern District of California.

**IT IS SO ORDERED.**

Dated: October 19, 2026

P. Casey Pitts
United States District Judge